ACCEPTED
14-15-00598-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/29/2015 10:29:40 AM
CHRISTOPHER PRINE
CLERK

**IN THE**

**FOURTEENTH COURT OF APPEALS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/29/2015 10:29:40 AM
CHRISTOPHER A. PRINE
Clerk

**NO. 14-15-00598-CR**

**BRITTNEY STILES, Appellant/Defendant,**

**V.**

**THE STATE OF TEXAS, Appellee,**

On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1375316

**UNOPPOSED MOTION TO STAY BRIEFING SCHEDULE PENDING SUPPLEMENTATION OF CLERK'S RECORD**

Comes now, **Seth Kretzer**, and files this motion to stay briefing schedule pending supplementation of clerk's record. As cause, Counsel would show the Court as follows.

1)    Counsel made his notice of appearance on September 23, 2015.

2)    Counsel obtained the record on appeal in this case, which, at present, consists only of the transcript of the hearing on the motion to adjudicate.

3)    Apparently, when Stiles was *pro se*, she did not request documents be placed in the clerk's record.

4)     Attached as an exhibit to this motion is a letter request being filed today with the clerk of court, requesting items needed to be included to prosecute the instant appeal.

Respectfully submitted,

By:_____/s/Seth Kretzer_____
      Seth Kretzer
      LAW OFFICES OF SETH KRETZER
      440 Louisiana Street, Suite 200
      Houston, Texas 77002
      State Bar #: 24043764
      713-775-3050 (telephone)
      713-224-2815 (facsimile)
      seth@kretzerfirm.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of this document was served on all counsel of record on this 29th day of September, 2015.

/s/Seth Kretzer
Seth Kretzer

## CERTIFICATE OF CONFERENCE

The undersigned does hereby certify that on the 23rd day of September, 2015, he conferred with Alan Curry who is **UNOPPOSED**.

/s/Seth Kretzer
Seth Kretzer

THE LAW OFFICES OF SETH KRETZER
THE LYRIC CENTER
440 LOUISIANA STREET; SUITE 200
HOUSTON, TX 77002

TELEPHONE (713) 775-3050                                    TELECOPIER (713) 224-2815
SETH@KRETZERFIRM.COM                                        SKYPE: SETH.KRETZER

September 29, 2015


**_Via E-FiIe_**
Court Clerk
176th District Court
Harris County Civil Courthouse
201 Caroline, 10th Floor
Houston, TX 77002

> Re: Trial Court Cause No. 1375316
> *The State of Texas v. Brittney Stiles*
> In the 176th District Court, Harris County, Texas
> Texas Appellant Case No. 14-15-00598-CR

## REQUEST FOR ITEMS TO BE INCLUDED IN CLERK'S RECORD

Dear Court Clerk:

I am the attorney for Brittney Stiles, the Defendant in the Trial Court matter referenced above and the Appellant in the appeal referenced above.

Request is hereby made that the following items be included in the Clerk's Record that is filed with the 14th Court of Appeals:

1. Complaint, filed on January 27, 2013.
2. Indictment, filed on January 28, 2013.
3. Motion for Community Supervision, filed on January 28, 2013.
4. Order of Deferred Adjudication of Guilt, filed on January 28, 2013.
5. Order, Amended Condition of Probation, filed on December 11, 2014.
6. Order, DADJ Ext. 6 Months, filed on December 11, 2014.
7. Motion to Adjudicate, filed on April 11, 2014.
8. Motion to Adjudicate, filed on March 12, 2015.

9. Judgment, Conviction, filed on May 21, 2015.
10. Judgment, Deferred Adjudication of Guilt Revoked, filed on May 21, 2015.
11. Motion for a New Trial, filed on June 1, 2015.
12. Order, CSCD Pretrial Supervision, filed on July 1, 2015.

If any fees need to be tendered by Ms. Stiles at this time please advise, and thank you for your time and consideration.

Sincerely,

Seth Kretzer